UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION NO. 16-CR-00140-06 |
| VERSUS | JUDGE WALTER |
| CODY LORMAND | MAGISTRATE JUDGE WHITEHURST |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Cody Lormand, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count Eight of the Indictment, consistent with the report and recommendation.

Shreveport, Louisiana, this 14th day of March, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT COURT